IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Short, Gary E | Case Number: 08 B 00535 |
|---|---|---|
| | Short, Florine | Judge: Hollis, Pamela S |
| | Printed: 12/16/08 | Filed: 1/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 3, 2008
Confirmed: June 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,125.00 |  |
| Secured: |  | 4,168.85 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 456.15 |
| Other Funds: |  | 0.00 |
| Totals: | 7,125.00 | 7,125.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,500.00 | 2,500.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 14,400.22 | 1,300.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 42,892.32 | 2,868.85 |
| 5. | Portfolio Recovery Associates | Unsecured | 838.70 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 8,538.63 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 411.92 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 461.68 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 276.60 | 0.00 |
| 10. | Wachovia Dealer Services | Unsecured | 10,190.25 | 0.00 |
| 11. | Nationwide Acceptance Corp | Unsecured | 1,634.42 | 0.00 |
| 12. | Axsys National Bank | Unsecured | | No Claim Filed |
| 13. | Card Service Center | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | AAA Checkmate LLC | Unsecured | | No Claim Filed |
| 16. | Card Service Center | Unsecured | | No Claim Filed |
| 17. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 18. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| | | | $ 82,144.74 | $ 6,668.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 34.24 |
| 6.5% | 421.91 |
| | $ 456.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Short, Gary E<br>Short, Florine<br>Printed: 12/16/08 | Case Number:  08 B 00535<br>Judge:  Hollis, Pamela S<br>Filed:  1/11/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

